**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-1104**

———————————

In re: BOBBIE RAY EDWARDS, a/k/a Tank,

      Petitioner.

———————————

On Petition for Writ of Mandamus.
(4:11-cr-00055-AWA-DEM-10; 4:22-cv-00057-AWA)

———————————

Submitted:  March 21, 2023                    Decided:  March 24, 2023

———————————

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Bobbie Ray Edwards, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobbie Ray Edwards petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*